IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    16-CV-00447-PAB-KLM

EDWARD JOHN NOSEWICZ

Plaintiff,

v.

JEFFREY JANOSKO,

Defendant.

## UNOPPOSED MOTION TO RESTRICT EXHIBIT A [ECF 186] TO DEFENDANT'S UNOPPOSED MOTION FOR DISBURSEMENT FROM COURT REGISTRY FUND

Defendant, Jeffrey Janosko, by and through his attorneys, Nathan Dumm & Mayer P.C., pursuant to D.C.COLO.LCivR 7.2(c), hereby submits his Motion to Restrict Exhibit A [ECF 186] to his Unopposed Motion for Disbursement from Court Registry Fund with supporting authority as follows:

1.  Pursuant to D.C.Colo.LCivR 7.1(a), undersigned counsel conferred with counsel for the Plaintiff who indicated he does not oppose the relief sought herein.

2.  On or about December 10, 2021, Defendant filed his Unopposed Motion for Disbursement from the Court Registry Fund [ECF 185].

3.  Pursuant to D.C.COLO.LCivR 67.2(d), Defendant filed a IRS Form W-9 [ECF 186] under restricted access, Level 2.

4.  Exhibit A [ECF 186] contains taxpayer identification numbers which would be disclosed if these documents are made public.  While the Court may need this information for

legitimate financial and/or accounting purposes, the public has no interest or need to access the information contained in the W-9 and nefarious action could be taken, which would injure the County, if the information were permitted to be public.  It is believed the Court recognizes the need for restricted access of this document based upon the language in D.C.COLO.LCivR 67.2(d) directing for the filing of a W-9 to be with restricted access.  Further, given that the limited information on the document is the same information the Court needs, redacting that information would not permit the Court access to what would need.  As such, there is no reasonable alternative to restriction and the need for protection outweighs any presumption of public access.

5. The Defendant respectfully request that his Exhibit A to his Motion for Disbursement from Court Registry Fund [ECF 186] be kept under a Level 2 Restriction.

Respectfully submitted this 10th day of December, 2021.

*s/Marni Nathan Kloster*
Marni Nathan Kloster
Nicholas C. Poppe
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number: (303) 691-3737
Fax: (303) 757-5106
mkloster@ndm-law.com
npoppe@ndm-law.com
Attorneys for Defendant

# CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of December, 2021, I electronically filed the foregoing **UNOPPOSED MOTION TO RESTRICT EXHIBIT A [ECF 186] TO DEFENDANT'S UNOPPOSED MOTION FOR DISBURSEMENT FROM COURT REGISTRY FUND** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:.


Sean Michael McDermott
smcdermott@mswdenver.com,

John L. Springer
jlspringer01@aol.com

                                              *s/Alexandra Sanchez*
                                              Paralegal